# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN RE: INMATES OF NORTHERN
NEVADA CORRECTIONAL CENTER
AND IN RE: INMATES OF WARM
SPRINGS CORRECTIONAL CENTER.

LAWRENCE E. SCHWIGER,
Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
Respondent.

No. 76982

FILED

OCT 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on September 19, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A. B

cc: Hon. James E. Wilson, District Judge
Lawrence E. Schwiger
Attorney General/Carson City
Attorney General/Las Vegas
Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

18-40395